UNITED STATES of America, Plaintiff–Appellee,

v.

Juan Antonio GONGORA, Defendant–Appellant.

No. 05–40566.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided March 28, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Bowen W. Sutton, Law Offices of Bowen W. Sutton, San Antonio, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Juan Antonio Gongora pleaded guilty to possession with intent to distribute in excess of five kilograms of cocaine. He now appeals the district court's denial of a "safety valve" reduction pursuant to 18 U.S.C. § 3553(f) and U.S.S.G. § 5C1.2.

The district court concluded that Gongora did not truthfully provide all information to the Government, as required for the application of the safety valve. The court found that Gongora's contention that he did not know the name of his employer was not credible. In light of the record as a whole, and in accordance with the deference due the district court's fact-finding, we find no clear error in the district court's determination. *See United States v. Miller,* 179 F.3d 961, 963–64 (5th Cir. 1999).

Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.